**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: William E. Covington                    CHAPTER 13
      Seneca Covington
              Debtor(s)                    BKY. NO. 21-10693 ELF

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of PNC BANK, NATIONAL ASSOCIATION and index same on the master mailing list.

                      Respectfully submitted,

/s/ *Rebecca Solarz*
Rebecca Solarz
15 Apr 2021, 13:30:01, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322

Document ID: 4b05c8522f8eda1faade5bcc7c7b33d1754b6ad98cb25906d238d8596763c6d2