# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: **William E Covington**
**Seneca Covington**

Case No.: **21-10693-ELF**
Chapter 13

Debtor(s)

## Certificate of Service

**THE CHAPTER 13 TRUSTEE IS BEING SERVED BY ELECTRONIC MAIL WITH A COPY OF THIS AMENDED PLAN.**

**IN ADDITION THE FOLLOWING ARE BEING SERVED BY ELECTRONIC MAIL, LEON HALLER, ESQ. IS BEING SERVED ON BEHALF OF PHFA, ANDREW LUBIN, ESQ IS BEING SERVED WITH A COPY ON BEHALF OF NATIONSTAR D/B/A MR. COOPER, BRIAN CRAIG NICHOLAS, ESQ. AND REBECCA SOLARZ, ESQ. ARE BEING SERVED ON BEHALF OF PNC FOR CLAIM WHICH DEBTOR DOES NOT BELIEVE IS HIS RESPONSBILITY AND WHICH IS NOT PROVIDED FOR BY THE PLAN, JAMES RANDOLPH WOOD, ESQ. IS BEING SERVED ON BEHALF OF THE BOROUGH OF POTTSTOWN**

**AN EMAIL IS ALSO BEING SENT TO JOHN LINDINGER WHO FILED A PRIORITY CLAIM FOR THE I.R.S. AND A COPY OF THE PLAN IS BEING SENT BY REGULAR MAIL TO PHFA/HEMAP 211 NORTH FRONT STREET, P.O. BOX 15206, HARRISBURG, PA. 17105-5206 FOR WHICH AN ADVERSARY IS BEING FILED, AND VW CREDIT IS BEING SENT AN EMAIL TO POCQUESTIONS@NBSDEFAULT SERVICES AT THE EMAIL LISTED FOR NOTICE ON ITS PROOF OF CLAIM.**

Part 10: Signatures

Date: **July 21, 2021**

/s/ **David M. Offen**
**David M. Offen**
Attorney for Debtor(s)
Suite 160 West, The Curtis Center
601 Walnut Street
Philadelphia, Pa. 19106
215-625-9600