IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| William E Covington and | | |
| Seneca Covington | : | No.  21-10693-ELF |
| Debtors | : | |

## CERTIFICATION OF NO RESPONSE TO
## APPLICATION FOR COMPENSATION OF ATTORNEY FEES

I hereby certify that I have received no answer, objection or other responsive pleading to the Application for Compensation of Attorney Fees and respectfully request that the Order attached to the Application be approved.

Dated: 08/10/2021

/s/  David M. Offen
Attorney for Debtors
Suite 160 West, Curtis Ctr.
601 Walnut Street
Philadelphia, PA  19106
215-625-9600