21-0216

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>William E. Covington<br>Seneca Covington<br>Debtor(s) | Chapter 13 Proceeding<br><br>Case No. 21-10693 ELF |

### ENTRY OF APPEARANCE/ REQUEST FOR NOTICES

TO THE COURT:

    Kindly enter my appearance on behalf of AJAX MORTGAGE LOAN TRUST 2021-G, MORTGAGE-BACKED SECURITIES, SERIES 2021-G, BY U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE in the above captioned matter.

    POWERS KIRN, LLC

    By: /s/ Jill Manuel-Coughlin, Esquire
    Attorney ID# 63252
    Eight Neshaminy Interplex, Suite 215
    Trevose, PA 19053
    Telephone: 215-942-2090
    Dated: September 8, 2021