## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

**In Re:** William E Covington      :      **Chapter 13**

                           :

     **Debtor(s)**      :      **Bky. No.** 21-10693-ELF

## PRE-CONFIRMATION CERTIFICATION
## OF COMPLIANCE WITH POST-PETITION OBLIGATIONS IN ACCORDANCE
## WITH 11 U.S.C. §§ 1325(a)(8) and 1325(a)(9)

I hereby certify as follows in connection with the confirmation hearing in the above case:

1. The above named debtor(s) has/have paid all post-petition amounts that are required to be paid under any and all Domestic Support Obligations.

2. The above named debtor(s) has/have filed all applicable federal, state and local tax returns as required by 11 U.S.C. § 1308.

3. If the confirmation hearing is postponed for any reason, and the information herein changes, I will provide an updated Certification to the chapter 13 trustee prior to any subsequent confirmation hearing.

09/27/2021                                        /s/ David M. Offen, Esquire

Date                                             Attorney for Debtor(s)