# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:** Seneca Covington | : | **Chapter 13** |
| | : | |
| **Debtor(s)** | : | **Bky. No.** 21-10693-ELF |

## PRE-CONFIRMATION CERTIFICATION
## OF COMPLIANCE WITH POST-PETITION OBLIGATIONS IN ACCORDANCE
## WITH 11 U.S.C. §§ 1325(a)(8) and 1325(a)(9)

I hereby certify as follows in connection with the confirmation hearing in the above case:

1. The above named debtor(s) has/have paid all post-petition amounts that are required to be paid under any and all Domestic Support Obligations.

2. The above named debtor(s) has/have filed all applicable federal, state and local tax returns as required by 11 U.S.C. § 1308.

3. If the confirmation hearing is postponed for any reason, and the information herein changes, I will provide an updated Certification to the chapter 13 trustee prior to any subsequent confirmation hearing.


09/27/2021                                      /s/ David M. Offen, Esquire
Date                                            Attorney for Debtor(s)