UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | :CHAPTER 13 |
| WILLIAM E. COVINGTON | : |
| SENECA COVINGTON | : |
| | :BANKRUPTCY NO. 21-10693-elf |
| Debtor | : |
| | :RELATED TO DOCUMENT NO. 17 |
| PENNSYLVANIA HOUSING FINANCE AGENCY: | |
| HOMEOWNERS EMERGENCY MORTGAGE | : |
| ASSISTANCE PROGRAM | : |
| | : |
| Movant | : |
| vs. | : |
| | : |
| WILLIAM E. AND SENECA | : |
| COVINGTON, AND | : |
| WILLIAM C. MILLER, Trustee | : |
| | : |
| Respondents | : |

## WITHDRAWAL OF OBJECTIONS TO CONFIRMATION OF CHAPTER 13 PLAN

Leon P. Haller, Attorney for Pennsylvania Housing Finance Agency Homeowner's Emergency Mortgage Assistance Program hereby withdraws the Objections to Confirmation of Chapter 13 Plan filed on April 13, 2021, at Docket No. 17, in the above case.

PURCELL, KRUG & HALLER

By:/s/Leon P. Haller
Leon P. Haller
1719 North Front Street
Harrisburg, PA 17102-2392
(717)234-4178
ID # 15700
Attorney for Movant

Dated: September 27, 2021