United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                      Case No. 21-10693-elf

William E Covington            Chapter 13

Seneca Covington

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2           User: admin           Page 1 of 4

Date Rcvd: Sep 29, 2021      Form ID: 155           Total Noticed: 49

The following symbols are used throughout this certificate:

**Symbol     Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William E Covington, Seneca Covington, 400 N. Charlotte Street, Pottstown, PA 19464-5312 |
| 14634750 | + | AJAX MORTGAGE LOAN TRUST 2021-G, MORTGAGE-BACKED, c/o Jill Manuel-Coughlin, Esquire, Powers Kirn, LLC, Eight Neshaminy Interplex, Suite 215, Trevose, PA 19053 Telephone 19053-6980 |
| 14634838 | + | Ajax Mortgage Loan Trust 2021-G, c/o Jill Manuel-Coughlin, Esq., Eight Neshaminy Interplex, Suite 215, Trevose, PA 19053-6980 |
| 14591599 | + | Borough of Pottstown, c/o Portnoff Law Associates Ltd, PO Box 3020, Norristown, PA 19404-3020 |
| 14603089 | + | Borough of Pottstown/Pottstown Borough Authority, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14603088 | + | Borough of Pottstown/Pottstown Borough Authority, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14603428 | + | Borough of Pottstown/Pottstown Borough Authority, c/o James R. Woods, Esq., Portnoff Law Associates, Ltd., 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14591600 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| 14598788 | + | HEMAP PENNSYLVANIA HOUSING FINANCE AGENCY, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14599042 | + | HEMAP Pennsylvania Housing Finance Agency, c/o Leon P. Haller, Esq., Purcell Krug & Haller, 1719 North Front Street, Harrisburg, PA 17102-2392 |
| 14595933 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, c/o Andrew M. Lubin, Esq., Milstead & Associates, LLC, 1 E. Stow Road, Marlton, NJ 08053-3118 |
| 14595474 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, c/o Andrew M. Lubin, Esquire, Milstead & Associates, LLC, 1 E. Stow Road, Marlton, NJ 08053-3118 |
| 14600954 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, ATTN: Bankruptcy Department, PO Box 619096, Dallas, TX 75261-9096 |
| 14599791 | + | PNC BANK, NATIONAL ASSOCIATION, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14600289 | + | PNC Bank, National Association, c/o Rebecca Solarz, Esq., KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14591615 | + | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |
| 14591628 | + | Santander Bank, Mail Code: MA1-MB3-01-21, 2 Morrissey Boulevard, Boston, MA 02125-3312 |
| 14591632 | | US DEPT OF EDUCATION, CLAIMS FILING UNIT, P O BOX 8973, Madison, WI 53708-8973 |
| 14591631 | | US Department of Education, PO Box 16448, Saint Paul, MN 55116-0448 |
| 14618325 | | US Department of Education, PO Box 16448, St. Paul, MN 55116-0448 |
| 14591633 | + | US Deptartment of Education/Great Lakes, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |
| 14593241 | | United States Department of Education, Claims Filing Unit, PO Box 8973, Madison, WI 53708-8973 |
| 14600544 | + | VW Credit Inc. dba Audi Financial Services, c/o VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |
| 14591635 | + | VW Credit, Inc., P.O. Box 9013, Addison, TX 75001-9013 |
| 14591636 | ++ | WELLS FARGO BANK NA, 1 HOME CAMPUS, MAC X2303-01A, DES MOINES IA 50328-0001 address filed with court:, Wells Fargo Bank, Attn: Bankruptcy Dept, Po Box 6429, Greenville, SC 29606 |

TOTAL: 25

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14599393 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 30 2021 00:27:04 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14597085 | + | Email/Text: documentfiling@lciinc.com | Sep 30 2021 00:15:00 | COMCAST, PO BOX 1931, Burlingame, CA |

Case 21-10693-elf   Doc 56   Filed 10/01/21   Entered 10/02/21 00:33:29   Desc Imaged
Certificate of Notice   Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Sep 29, 2021 | Form ID: 155 | Total Noticed: 49 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | 94011-1931 |
| 14591598 | + | Email/Text: documentfiling@lciinc.com | Sep 30 2021 00:15:00 | Comcast, PO Box 3006, Southeastern, PA 19398-3006 |
| 14591601 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 30 2021 00:15:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14591603 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 30 2021 00:27:04 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14591604 | + | Email/Text: mrdiscen@discover.com | Sep 30 2021 00:15:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14591607 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 30 2021 00:15:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14591606 | | Email/Text: bnc-bluestem@quantum3group.com | Sep 30 2021 00:15:00 | Fingerhut, Attn: Bankruptcy, Po Box 1250, Saint Cloud, MN 56395 |
| 14591608 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 30 2021 00:15:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud, MN 56302-9617 |
| 14591609 | + | Email/Text: PBNCNotifications@peritusservices.com | Sep 30 2021 00:15:00 | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 14599392 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 30 2021 00:27:01 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14591611 | + | Email/PDF: cbp@onemainfinancial.com | Sep 30 2021 00:27:06 | OneMain Financial, Attn: Bankruptcy, 601 Nw 2nd Street, Evansville, IN 47708-1013 |
| 14591614 | | Email/Text: blegal@phfa.org | Sep 30 2021 00:15:00 | PHFA/HEMAP, 211 NORTH FRONT ST, PO BOX 8029, Harrisburg, PA 17105 |
| 14610729 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 30 2021 00:15:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 14591618 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 30 2021 00:27:03 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14591621 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 30 2021 00:27:06 | PRA Receivables Management, LLC, PO Box 41067, Norfolk, VA 23541-1067 |
| 14591613 | + | Email/Text: bankruptcygroup@peco-energy.com | Sep 30 2021 00:15:00 | Peco Energy, 2301 Market Street, Philadelphia, PA 19103-1380 |
| 14598748 | + | Email/Text: blegal@phfa.org | Sep 30 2021 00:15:00 | Pennsylvania Housing Finance Agency/HEMAP, 211 N. Front Street, PO BOX 15206, Harrisburg, PA 17105-5206 |
| 14591622 | | Email/Text: bnc-quantum@quantum3group.com | Sep 30 2021 00:15:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14591624 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 30 2021 00:27:04 | Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14591629 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 30 2021 00:27:06 | Synchrony Bank/Gap, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14591630 | + | Email/Text: bncmail@w-legal.com | Sep 30 2021 00:15:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, Seattle, WA 98121-3132 |
| 14591605 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Sep 30 2021 00:15:00 | Elan Financial Service, Attn: Bankruptcy, 4801 Frederica Street, Owensboro, KY 42301 |
| 14591634 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Sep 30 2021 00:27:04 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 24

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14591610 | | Nationstar Mortgage LLC dba Mr. Cooper |
| 14591612 | *+ | OneMain Financial, Attn: Bankruptcy, 601 Nw 2nd Street, Evansville, IN 47708-1013 |
| 14591619 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14591620 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14591616 | *+ | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |
| 14591617 | *+ | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |
| 14591623 | * | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14591625 | * | Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14591626 | * | Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14591627 | * | Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14591602 | ##+ | Credit Management, LP, Attn: Bankruptcy, Po Box 118288, Carrollton, TX 75011-8288 |

TOTAL: 1 Undeliverable, 9 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2021            Signature:            /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2021 at the address(es) listed below:

**Name**                       **Email Address**

ANDREW M. LUBIN
on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper alubin@milsteadlaw.com  bkecf@milsteadlaw.com

BRIAN CRAIG NICHOLAS
on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

DAVID M. OFFEN
on behalf of Joint Debtor Seneca Covington dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com

DAVID M. OFFEN
on behalf of Debtor William E Covington dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com

DAVID M. OFFEN
on behalf of Plaintiff William E Covington dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com

DAVID M. OFFEN
on behalf of Plaintiff Seneca Covington dmo160west@gmail.com  davidoffenecf@gmail.com;offendr83598@notify.bestcase.com

HARRY B. REESE
on behalf of Creditor AJAX MORTGAGE LOAN TRUST 2021-G  MORTGAGE-BACKED SECURITIES, SERIES 2021-G, BY U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE bankruptcy@powerskirn.com

JAMES RANDOLPH WOOD
on behalf of Creditor Borough of Pottstown/Pottstown Borough Authority jwood@portnoffonline.com

| District/off: 0313-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Sep 29, 2021 | Form ID: 155 | Total Noticed: 49 |

jwood@ecf.inforuptcy.com

JILL MANUEL-COUGHLIN
on behalf of Creditor AJAX MORTGAGE LOAN TRUST 2021-G  MORTGAGE-BACKED SECURITIES, SERIES 2021-G, BY U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE bankruptcy@powerskirn.com

LEON P. HALLER
on behalf of Pennsylvania Housing Finance Agency/HEMAP lhaller@pkh.com  dmaurer@pkh.com;mgutshall@pkh.com

LEON P. HALLER
on behalf of Defendant PA Housing Finance Agency/HEMAP lhaller@pkh.com  dmaurer@pkh.com;mgutshall@pkh.com

REBECCA ANN SOLARZ
on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

WILLIAM C. MILLER, Esq.
ecfemails@ph13trustee.com  philaecf@gmail.com

TOTAL: 15

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: William E Covington and Seneca Covington

    Debtor(s)

Chapter: 13

Bankruptcy No: 21−10693−elf

___

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

AND NOW, this 28th day of September 2021 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

    Eric L. Frank
    Judge ,
    United States Bankruptcy Court

52 − 9, 43
Form 155