# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

       Chapter 13

       Bankruptcy No. 21-10693-ELF

WILLIAM   E COVINGTON
SENECA  COVINGTON
400 N. CHARLOTTE STREET

POTTSTOWN, PA 19464

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    WILLIAM   E COVINGTON
    SENECA  COVINGTON
    400 N. CHARLOTTE STREET

    POTTSTOWN, PA 19464

Counsel for debtor(s), by electronic notice only.

    DAVID OFFEN ESQUIRE
    601 WALNUT ST., SUITE 160 WEST

    PHILADELPHIA, PA 19106-

                                               /S/ Kenneth E. West

Date: 3/7/2022                          _____

                                                  Kenneth E. West, Esquire
                                                  Chapter 13 Standing Trustee