IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| William E Covington and | : | |
| Seneca Covington | : | No.  21-10693-ELF |
| **Debtor** | : | |

# CERTIFICATION OF NO RESPONSE TO
# MOTION TO MODIFY PLAN

 I hereby certify that I have received no answer, objection or other responsive pleading to the Motion to Modify Plan and respectfully request that the Order attached to the Motion be approved.

**Dated: 08/17/2021**

/s/  David M. Offen
**Attorney for Debtor**
**Suite 160 West, Curtis Ctr.**
601 Walnut Street
Philadelphia, PA  19106
215-625-9600