United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
William E Covington  
Seneca Covington  
    Debtors

Case No. 21-10693-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 4  
Date Rcvd: Sep 06, 2022      Form ID: pdf900      Total Noticed: 52

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 08, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William E Covington, Seneca Covington, 400 N. Charlotte Street, Pottstown, PA 19464-5312 |
| 14634750 | + | AJAX MORTGAGE LOAN TRUST 2021-G, MORTGAGE-BACKED, c/o Jill Manuel-Coughlin, Esquire, Powers Kirn, LLC, Eight Neshaminy Interplex, Suite 215, Trevose, PA 19053 Telephone 19053-6980 |
| 14634838 | + | Ajax Mortgage Loan Trust 2021-G, c/o Jill Manuel-Coughlin, Esq., Eight Neshaminy Interplex, Suite 215, Trevose, PA 19053-6980 |
| 14591599 | + | Borough of Pottstown, c/o Portnoff Law Associates Ltd, PO Box 3020, Norristown, PA 19404-3020 |
| 14603089 | + | Borough of Pottstown/Pottstown Borough Authority, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14603088 | + | Borough of Pottstown/Pottstown Borough Authority, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14603428 | + | Borough of Pottstown/Pottstown Borough Authority, c/o James R. Woods, Esq., Portnoff Law Associates, Ltd., 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14598788 | + | HEMAP PENNSYLVANIA HOUSING FINANCE AGENCY, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14599042 | + | HEMAP Pennsylvania Housing Finance Agency, c/o Leon P. Haller, Esq., Purcell Krug & Haller, 1719 North Front Street, Harrisburg, PA 17102-2392 |
| 14595933 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, c/o Andrew M. Lubin, Esq., Milstead & Associates, LLC, 1 E. Stow Road, Marlton, NJ 08053-3118 |
| 14595474 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, c/o Andrew M. Lubin, Esquire, Milstead & Associates, LLC, 1 E. Stow Road, Marlton, NJ 08053-3118 |
| 14599791 | + | PNC BANK, NATIONAL ASSOCIATION, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14600289 | + | PNC Bank, National Association, c/o Rebecca Solarz, Esq., KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14591636 | ++ | WELLS FARGO BANK NA, 1 HOME CAMPUS, MAC X2303-01A, DES MOINES IA 50328-0001 address filed with court:, Wells Fargo Bank, Attn: Bankruptcy Dept, Po Box 6429, Greenville, SC 29606 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 07 2022 04:06:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 07 2022 04:06:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14599393 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 07 2022 04:04:36 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14597085 | + | Email/Text: documentfiling@lciinc.com | Sep 07 2022 04:06:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 14591600 | | Email/PDF: bncnotices@becket-lee.com | Sep 07 2022 04:04:43 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| 14591598 | + | Email/Text: documentfiling@lciinc.com | Sep 07 2022 04:06:00 | Comcast, PO Box 3006, Southeastern, PA 19398-3006 |

Case 21-10693-elf   Doc 77   Filed 09/08/22   Entered 09/09/22 00:35:48   Desc Imaged
Certificate of Notice   Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Sep 06, 2022 | Form ID: pdf900 | Total Noticed: 52 |

| Recipient ID | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| 14591601 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 07 2022 04:06:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14591602 | + | Email/Text: EBN@thecmigroup.com | Sep 07 2022 04:06:00 | Credit Management, LP, Attn: Bankruptcy, Po Box 118288, Carrollton, TX 75011-8288 |
| 14591603 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 07 2022 04:04:36 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14591604 | + | Email/Text: mrdiscen@discover.com | Sep 07 2022 04:06:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14591607 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 07 2022 04:06:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14591606 | | Email/Text: bnc-bluestem@quantum3group.com | Sep 07 2022 04:06:00 | Fingerhut, Attn: Bankruptcy, Po Box 1250, Saint Cloud, MN 56395 |
| 14591608 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 07 2022 04:06:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud, MN 56302-9617 |
| 14591609 | + | Email/Text: PBNCNotifications@peritusservices.com | Sep 07 2022 04:06:00 | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 14599392 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 07 2022 04:04:37 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14600954 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 07 2022 04:06:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, ATTN: Bankruptcy Department, PO Box 619096, Dallas, TX 75261-9096 |
| 14591611 | + | Email/PDF: cbp@onemainfinancial.com | Sep 07 2022 04:04:34 | OneMain Financial, Attn: Bankruptcy, 601 Nw 2nd Street, Evansville, IN 47708-1013 |
| 14591614 | | Email/Text: blegal@phfa.org | Sep 07 2022 04:06:00 | PHFA/HEMAP, 211 NORTH FRONT ST, PO BOX 8029, Harrisburg, PA 17105 |
| 14610729 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 07 2022 04:06:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 14599791 | ^ | MEBN | Sep 07 2022 04:00:47 | PNC BANK, NATIONAL ASSOCIATION, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14591618 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 07 2022 04:04:42 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14591621 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 07 2022 04:04:35 | PRA Receivables Management, LLC, PO Box 41067, Norfolk, VA 23541-1067 |
| 14591613 | + | Email/Text: bankruptcygroup@peco-energy.com | Sep 07 2022 04:06:00 | Peco Energy, 2301 Market Street, Philadelphia, PA 19103-1380 |
| 14598748 | + | Email/Text: blegal@phfa.org | Sep 07 2022 04:06:00 | Pennsylvania Housing Finance Agency/HEMAP, 211 N. Front Street, PO BOX 15206, Harrisburg, PA 17105-5206 |
| 14591615 | + | Email/PDF: rmscedi@recoverycorp.com | Sep 07 2022 04:04:42 | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |
| 14591622 | | Email/Text: bnc-quantum@quantum3group.com | Sep 07 2022 04:06:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14591624 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 07 2022 04:04:36 | Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14591628 | + | Email/Text: DeftBkr@santander.us | Sep 07 2022 04:06:00 | Santander Bank, Mail Code: MA1-MB3-01-21, 2 Morrissey Boulevard, Boston, MA 02125-3312 |
| 14591629 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 07 2022 04:04:42 | Synchrony Bank/Gap, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14591630 | + | Email/Text: bncmail@w-legal.com | Sep 07 2022 04:06:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE |

| Recip ID | Bypass Reason | Notice Method | Date | Name and Address |
|---|---|---|---|---|
| | | | | 400, Seattle, WA 98121-3132 |
| 14591605 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com Sep 07 2022 04:06:00 | | Elan Financial Service, Attn: Bankruptcy, 4801 Frederica Street, Owensboro, KY 42301 |
| 14591632 | | Email/Text: Great_Lakes_EBN_Docs@nelnet.net Sep 07 2022 04:06:00 | | US DEPT OF EDUCATION, CLAIMS FILING UNIT, P O BOX 8973, Madison, WI 53708-8973 |
| 14618325 | | Email/Text: EDBKNotices@ecmc.org Sep 07 2022 04:06:00 | | US Department of Education, PO Box 16448, St. Paul, MN 55116-0448 |
| 14591631 | | Email/Text: EDBKNotices@ecmc.org Sep 07 2022 04:06:00 | | US Department of Education, PO Box 16448, Saint Paul, MN 55116-0448 |
| 14591633 | + | Email/Text: Great_Lakes_EBN_Docs@nelnet.net Sep 07 2022 04:06:00 | | US Deptartment of Education/Great Lakes, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |
| 14593241 | | Email/Text: Great_Lakes_EBN_Docs@nelnet.net Sep 07 2022 04:06:00 | | United States Department of Education, Claims Filing Unit, PO Box 8973, Madison, WI 53708-8973 |
| 14600544 | + | Email/Text: VWBKNotices@nationalbankruptcy.com Sep 07 2022 04:06:00 | | VW Credit Inc. dba Audi Financial Services, c/o VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |
| 14591635 | + | Email/Text: VWBKNotices@nationalbankruptcy.com Sep 07 2022 04:06:00 | | VW Credit, Inc., P.O. Box 9013, Addison, TX 75001-9013 |
| 14591634 | | Email/PDF: ebn_ais@aisinfo.com Sep 07 2022 04:04:42 | | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 39

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14591610 | | Nationstar Mortgage LLC dba Mr. Cooper |
| cr | *+ | Borough of Pottstown/Pottstown Borough Authority, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| NONE | *+ | Pennsylvania Housing Finance Agency/HEMAP, 211 N. Front Street PO BOX 15206, Harrisburg, PA 17105-5206 |
| 14591612 | *+ | OneMain Financial, Attn: Bankruptcy, 601 Nw 2nd Street, Evansville, IN 47708-1013 |
| 14591619 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14591620 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14591616 | *+ | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |
| 14591617 | *+ | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |
| 14591623 | * | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14591625 | * | Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14591626 | * | Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14591627 | * | Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 1 Undeliverable, 11 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Sep 06, 2022 | Form ID: pdf900 | Total Noticed: 52 |

Date: Sep 08, 2022          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 6, 2022 at the address(es) listed below:**

**Name**          **Email Address**

BRIAN CRAIG NICHOLAS
　　on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

DAVID M. OFFEN
　　on behalf of Joint Debtor Seneca Covington dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com

DAVID M. OFFEN
　　on behalf of Debtor William E Covington dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com

DAVID M. OFFEN
　　on behalf of Plaintiff William E Covington dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com

DAVID M. OFFEN
　　on behalf of Plaintiff Seneca Covington dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com

HARRY B. REESE
　　on behalf of Creditor AJAX MORTGAGE LOAN TRUST 2021-G MORTGAGE-BACKED SECURITIES, SERIES 2021-G, BY U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE bankruptcy@powerskirn.com

JAMES RANDOLPH WOOD
　　on behalf of Creditor Borough of Pottstown/Pottstown Borough Authority jwood@portnoffonline.com jwood@ecf.inforuptcy.com

JILL MANUEL-COUGHLIN
　　on behalf of Creditor AJAX MORTGAGE LOAN TRUST 2021-G MORTGAGE-BACKED SECURITIES, SERIES 2021-G, BY U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE bankruptcy@powerskirn.com

KENNETH E. WEST
　　ecfemails@ph13trustee.com philaecf@gmail.com

LEON P. HALLER
　　on behalf of Pennsylvania Housing Finance Agency/HEMAP lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com

LEON P. HALLER
　　on behalf of Defendant PA Housing Finance Agency/HEMAP lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com

LORRAINE GAZZARA DOYLE
　　on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper ldoyle@milsteadlaw.com bankruptcy@friedmanvartolo.com

REBECCA ANN SOLARZ
　　on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

United States Trustee
　　USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 14

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
WILLIAM  E COVINGTON  
SENECA  COVINGTON

Chapter 13

Debtor

Bankruptcy No. 21-10693-ELF

# ORDER

**AND NOW**, this ___6th___ day of ___September___, 202**2**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

_____  
Honorable Eric L. Frank  
Bankruptcy Judge

Kenneth E. West, Trustee  
P.O. Box 40837  
Philadelphia, PA  19107

Debtor's Attorney:  
DAVID OFFEN ESQUIRE  
601 WALNUT ST., SUITE 160 WEST

PHILADELPHIA, PA 19106-

Debtor:  
WILLIAM  E COVINGTON  
SENECA  COVINGTON  
400 N. CHARLOTTE STREET

POTTSTOWN, PA 19464